UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  6:25-CR-00139 (11) |
| Plaintiff | * | <u>S E N T E N C I N G   E N H A N C E M E N T</u> |
| V. | * | <u>I N F O R M A T I O N</u> |
| STEVEN RAY ORTIZ | * | [Vio:  21 U.S.C. 841(a)(1) & (b)(1)(B)(viii) Enhancement Information, |
| Defendant | * | Prior Serious Violent Felony Conviction] |

THE UNITED STATES ATTORNEY CHARGES:

Before the Defendant,

**STEVEN RAY ORTIZ**,

committed the offense charged in this case, the Defendant had been convicted of the following serious violent felony offense:

On October 9, 2018, STEVEN RAY ORTIZ was convicted of *Assault Family/Household Member by Impede Breath/Circulation (Strangulation/Choking),* in Cause No. 75540 in the 426th District Court of Bell County, Texas, and was sentenced to five years in the custody of the Texas Department of Criminal Justice;

for which the Defendant served a term of imprisonment of more than 12 months, and for which the Defendant's release from any term of imprisonment was within 15 years of the commencement of the instant offense.   As a result of that conviction, the Defendant, **STEVEN RAY ORTIZ**, is subject to increased punishment under Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

The United States Attorney for the Western District of Texas files this information, before trial and before entry of a plea of guilty, and hereby notifies the Defendant that upon his conviction for the offense charged in the above numbered Indictment, the Government will move the Court

to enhance Defendant's sentence for said offense pursuant to the sentencing provisions of Title 21, United States Code, Section 841(b)(1)(B)(viii), which provides for a **term of imprisonment of not less than 10 years imprisonment with a maximum of life imprisonment, a fine not to exceed $8,000,000, and at least 8 years of supervised release,** and notwithstanding any other provision of law, the court shall not place on probation or suspend the sentence of any person so sentenced.

The United States hereby informs the Defendant that it intends to rely on the prior convictions set out above to enhance the Defendant's sentence as set out in this information. This information is filed pursuant to the requirements of Title 21, United States Code, Section 851.

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney

By:   MARY F. KUCERA
      Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that on 29th day of May, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Zachary Boyd
Attorney for Defendant

_____
MARY F. KUCERA
Assistant United States Attorney